Raheem Ford, D.I.N. 98-A-3051
Fishkill Correctional Facility
P.O. Box 1245
Beacon, New York 12508



January 21, 2018

Hon. David N. Hurd
United States District Judge
United States Disrict Court Northern District of N.Y.
P.O. Box 7367
100 S. Clinton Street
Syracuse, New York 13261-7367

  Re: <u>Ford vs Maruscello, et. al. 14-cv-1566</u>

Dear Hon. Judge Hurd,

  I am writing this letter because your 09/18/17 Decision and Order, you scheduled trial in this case for 02/05/18, to be held in Utica, New York. The court chose a pro bono counsel to represent me for this trial.

  The firm that was chosen, was Getnick, Livingston, Atkinson, & Priore, LLP, 258 Genesee Street, Utica, New York, of counsel is Brian J. Ehrhard, Esq. Mr. Ehrahard, visited me back in October, 2017, interviewed me to determine whether the case had merit. I have not been in contact with Mr. Ehrhard, since that interview, except when I had my wife call him to find out whether his firm was taking the case.

  Mr. Ehrhard, informed me in a letter, dated 12/28/17, that it was his firms understanding that you would be issuing them an Order appointing the above firm as my pro bono counsel. The date for trial is 02/05/18, I have not sat down with the potential attorney's, to go over trial strategy with counsel and prepare for trial.

  By the time that you receive this letter and prepare an Order that would official appoint the above firm to the case there would not be enough time to fully prepare for trial. I do not believe that Mr. Ehrhard, and his firm will do anything to move forward with the case, until it receive a Order from the Court, so for that reason can the 02/05/18, be rescheduled for enough for me attorney's time to prepare.

  Thank you for your time and patience in this matter, I will look forward to the Court's response within a reasonable and practicable amount of time.

            Yours truly,
            *Raheem Ford*

cc: Files
  Brian J. Ehrhard, Esq.
  Hon. Rric T. Schneiderman, A.G.

**FISHKILL CORRECTIONAL FACILITY**
BOX 1245
BEACON, NEW YORK 12508

NAME: Raheem Ford           DIN: 98-A-3051

**RECEIVED**
U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK
JAN 25 2018

Hon. David N. Hurd, U.S.D.J.
United States District Court
Northern District of N.Y.
P.O. Box 7367
100 S. Clinton Street
Syracuse, New York 13261-7367

PRIVILEDGED MAIL